IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JIMMY LEE WHEELER,

    Plaintiff,

v.                                                         CASE NO. 5:16-cv-00130-MP-GRJ

JULIE JONES, et al.,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation. (Doc. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1) and the time for doing so has passed. Plaintiff has filed two motions to alter or amend his complaint, Docs. 6 and 7, rather than objections. Nevertheless, the Court has conducted a de novo review of every part of those documents that could be construed to object to the Report and Recommendation.

    The plaintiff is a prisoner who attempts to bring a class action on behalf of over 1,200 other prisoners. The Court agrees with the Magistrate Judge that a prisoner cannot join with other inmates in a suit. Moreover, the Court agrees that a pro se prisoner cannot adequately represent the interests of the class. Also, plaintiff admits in his complaint that he has not exhausted his administrative remedies because he did not allow the Secretary sufficient time to respond to his emergency grievance before filing suit. Dismissal is mandatory when plaintiff has not exhausted his administrative remedies; the Court may not allow a stay. "The plain language

of th[is] statute makes exhaustion a precondition to filing an action in federal court."

*Higginbottom v. Carter*, 223 F.3d 1259, 1261 (11th Cir.2000) (per curiam) (quoting *Freeman v. Francis*, 196 F.3d 641, 643–44 (6th Cir.1999)).

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The complaint is dismissed without prejudice, and the Clerk is directed to close the file.

**DONE AND ORDERED** this _4th_ day of November, 2016

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge